UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODITI, et al.,<br><br>                       Plaintiffs,<br><br>v.<br><br>NEW RIVER INVESTMENTS INC., et al.<br><br>                      Defendants. | Case No.:  20cv1908-BEN (MSB)<br><br>**ORDER:**<br>**(1) DENYING STIPULATION AND JOINT MOTION TO CONTINUE INITIAL DISCLOSURE DEADLINE [ECF NO. 12];**<br>**(2) SUA SPONTE CONTINUING ENE/CMC; AND**<br>**(3) SETTING NEW DEADLINE FOR INITIAL DISCLOSURES AND LODGING UPDATED INFORMATION WITH THE COURT** |

      The Court issued a "Notice and Order for Early Neutral Evaluation Conference [("ENE")] and Case Management Conference [("CMC")]" on December 28, 2020.  (ECF No. 12.)  Therein, the Court specifically ordered the parties to "[e]xchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **February 3, 2021**."  (Id. at 6 (emphasis in original).)  The parties filed their "Joint Discovery Plan" on February 3, 2021, wherein they state that "[t]he Parties have agreed to exchange Initial Disclosures on May 5, 2021," and they "will be provided by May 5, 2021."  (ECF No. 18 at 3.)

      Civil Local Rule 7.2 in our district provides that stipulations must only be recognized as binding when approved by the judge, and "[a]ny stipulation for which court approval is sought must first be filed as a 'joint motion.'"  CivLR 7.2(a-b).

1

Considering the Court's earlier order requiring initial disclosures to be made by February 3, 2021, the Court construes the parties' statements described above from the Joint Discovery Plan as their joint motion for approval of their stipulation to continue the deadline for initial disclosures. The Court does not find good cause for the request to continue the initial disclosure deadline. The Court intentionally set the deadline in advance of the ENE so the parties' and the Court's time at the ENE settlement conference will be as productive as possible. The parties have failed to provide any reason why they were unable to make the required disclosures in the five weeks provided by the Court to do so, or why they should not do so. The Court therefore **DENIES** the parties' request to continue the Initial Disclosures deadline to May 5, 2021.

Observing that the parties are likely now in violation of this this Court's December 28, 2020 order, and the ENE/CMC are currently less than one week from now on February 10, 2021, the Court is concerned that the parties have failed to adequately prepare for a productive ENE/CMC. Consequently, the Court sua sponte **CONTINUES** the ENE/CMC to **February 26, 2021**, at **9:30 a.m.** No Later than **February 19, 2021**, the Court **ORDERS** the parties to do the following:

1. Exchange initial disclosures pursuant to Rule 26(a)(1)(A-D);
2. Send an email to the Court at efile_berg@casd.uscourts.gov that:
    a. Notifies the Court of any changes to the anticipated ENE attendees and their contact information and email addresses; and
    b. Provides updated ENE statements, which include any changes regarding settlement position or history of negotiations, and "a specific demand/offer for settlement," as previously ordered. (See ECF No. 12 at 2.)

**IT IS SO ORDERED**.

Dated: February 4, 2021

Honorable Michael S. Berg
United States Magistrate Judge