UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODITI and VENICE BERJANO,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NEW RIVER INVESTMENTS, INC.; RODITI & RODITI, LLC; ALBERTO RODITI; and GUILLERMO RODITI DOMINGUEZ,<br><br>　　　　Defendants. | Case No.: 3:20-cv-01908-BEN-MSB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE A FIRST AMENDED COMPLAINT**<br><br>[ECF No. 25] |

　　　This matter comes before the Court on Plaintiffs Manuel Roditi and Venice Berjano's Motion to File a First Amended Complaint (the "Motion"). ECF No. 25. The proposed First Amended Complaint adds factual allegations and one claim but does not add additional defendants and is unopposed. *See* ECF No. 26.

　　　Leave to amend a pleading "should be freely give[n] when justice so requires." Fed. R. Civ. P. 15(a)(2). The Court, having considered the motion and applicable law, orders as follows:

　　　1.　　The motion is **GRANTED**.

　　　2.　　Plaintiff shall file its First Amended Complaint by June 1, 2021.

　　　**IT IS SO ORDERED.**

Dated: May /9, 2021

　　　　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge