**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

MANUEL RODITI and VENICE BEJARANO,

Plaintiffs,

v.

NEW RIVER INVESTMENTS INC., et al.,

Defendants.

Case No.: 3:20-cv-01908-RBM-MSB

**ORDER REGARDING PLAINTIFFS' OBJECTIONS TO DEFENSE EXHIBITS 201–204 AND 206–211**

**[Doc. 143]**

On January 24, 2024, Plaintiffs filed objections to Defendants' trial exhibits numbers 201 through 204 and 206 through 211. (Doc. 143.) Plaintiffs indicate that they sent Defendants written objections on January 17, 2024 but that Defendants failed to respond, necessitating judicial intervention. (*Id.* at 2–3.) Plaintiffs then argue that Defendants' exhibits are inadmissible under Federal Rules of Evidence 901 and 604 because they are not authentic English translations of Spanish documents. (*Id.* at 3.) Specifically, Plaintiffs argue that the Certifications of Translation provided by Defendants are deficient because they do not contain a sworn statement from the translator, they do not state the maker's qualifications or expertise regarding the language translation, and they do not state whether the maker did the translations. (*Id.* at 4–5 (citing *Jack v. Trans World Airlines, Inc.*, 854

F. Supp. 654 (N.D. Cal. 1994) and *Brewster v. City of Los Angeles*, No. EDCV 14-2257 JGB (SPx), 2023 U.S. Dist. LEXIS 82369, at *122–23 (C.D. Cal. May 9, 2023)).) Plaintiffs also contend that Defendants' translations appear to be computer-generated. (*Id.* at 5.)

Accordingly, the Court **ORDERS** Defendants to filed detailed responses to Plaintiffs' objections and arguments on or before **12:00 p.m. Pacific Standard Time** on **January 26, 2024**.

**IT IS SO ORDERED.**

DATE: January 25, 2024

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE