# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODITI, et al., | Case No. 3:20-cv-01908-RBM-MSB |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| NEW RIVER INVESTMENTS INC., et al., | |
| Defendants. | |

DATE: February 9, 2024

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

# STATE LAW CLAIMS

**Section I: Breach of Fiduciary Duty**

Did Plaintiffs prove by a preponderance of evidence that Defendants breached their fiduciary duties to Plaintiffs, including the fiduciary duty of reasonable care and/or the fiduciary duties of an investment advisor?

| | | |
|---|---|---|
| New River Investments, Inc. | Yes: X | No: ___ |
| Alberto Roditi | Yes: X | No: ___ |
| Guillermo Roditi Dominguez | Yes: X | No: ___ |

*If you answered "yes" to any of the questions presented immediately above in section I, please answer the following question regarding damages. If you answered "no" to **all** the questions presented immediately above in section I, please stop here and continue onto section II.*

What amount of damages, if any, were caused by Defendants' breach of their fiduciary duties to Plaintiffs?

$ 1,050,000

**Section II: Breach of Contract**

Did Plaintiffs prove by a preponderance of the evidence that Defendant New River Investments, Inc. breached the investment advisory agreement (Exhibit 71) between the parties?

New River Investments, Inc.   Yes: __X__   No: _____

*If you answered "yes" to the question presented immediately above in section II, please answer the following question regarding damages. If you answered "no" to the question presented immediately above in section II, please stop here and continue onto section III.*

What amount of damages, if any, were caused by Defendant's breach of contract?

$525,000

# FEDERAL LAW CLAIMS

**Section III: Violations of Section 10(b) of the Exchange Act and Rule 10(b)(5)**

Did Plaintiffs prove by a preponderance of the evidence that Defendants violated Section 10(b)/Rule 10b-5 of the Securities Exchange Act?

| | | |
|---|---|---|
| New River Investments, Inc. | Yes: X | No: _____ |
| Alberto Roditi | Yes: X | No: _____ |
| Guillermo Roditi Dominguez | Yes: X | No: _____ |

*If you answered "yes" to any of the questions presented immediately above in section III, please answer the following question regarding damages. If you answered "no" to **all** the questions presented immediately above in section III, please stop here and have the presiding juror sign/date this form.*

What amount of damages, if any, were caused by Defendants' violation of Section 10(b)/Rule 10b-5 of the Securities Exchange Act?

$ 525,000

*If you entered an amount immediately above in section III, please proceed to Section IV regarding Plaintiffs' Claim for Violation of Section 20(a) of the Exchange Act.*

**Section IV: Violation of Section 20(a) of the Exchange Act**

Did Plaintiffs prove by a preponderance of the evidence that Defendant Guillermo Roditi Dominiguez possessed, directly or indirectly, the actual power to direct or cause the direction of the management and policies of New River Investments?

Yes: __X__        No: _____

*If you answered "yes" to the question immediately above in section IV, please answer the following questions regarding Defendant Guillermo Roditi Dominguez's affirmative defense.*

Did Defendant Guillermo Roditi Dominguez prove by a preponderance of the evidence that he did not directly or indirectly induce the Section 10(b)/Rule 10b-5 violation?

Yes: _____        No: __X__

Did Defendant Guillermo Roditi Dominguez prove by a preponderance of the evidence that he acted in good faith?

Yes: _____        No: __X__

Please have the presiding juror sign and date this form and return it to the Court Clerk.

What is the total amount of damages? $2,100,000

Dated: 2/9/2024

[signature redacted]
Presiding Juror