# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODITI and VENICE BEJARANO,<br><br>Plaintiffs,<br><br>v.<br><br>NEW RIVER INVESTMENTS INC., et al.,<br><br>Defendants. | Case No.: 3:20-cv-01908-RBM-MSB<br><br>**JUDGMENT** |

The following claims were submitted to a jury: (1) breach of fiduciary duty, including the fiduciary duty of reasonable care and/or the fiduciary duties of an investment advisor, against all Defendants; (2) breach of contract against Defendant New River Investments, Inc.; (3) violation of Section 10(b)/Rule 10b-5 of the Exchange Act against all Defendants; and (4) violation of section 20(a) of the Exchange Act against Defendant Guillermo Roditi Dominguez. (Doc. 197 at 2–5.)

The jury found in favor of Plaintiffs on all their claims and awarded Plaintiffs a total of $2,100,000 in compensatory damages as follows:  $1,050,000 for Defendants' breach of their fiduciary duties, $525,000 for Defendant New River Investment, Inc.'s breach of contract, and $525,000 for Defendants' violation of Section 10(b) and Rule 10b-5 of the

Securities Exchange Act. (*Id.* at 2–4.) The jury also found that Defendant Guillermo Roditi Dominguez possessed, directly or indirectly, the actual power to direct or cause the direction of the management and policies of New River Investments. (*Id.* at 5.)

**ACCORDINGLY, IT IS HEREBY ORDERED that:**

Plaintiffs MANUEL RODITI and VENICE BEJARANO ("Plaintiffs") recover from Defendants NEW RIVER INVESTMENTS INC., ALBERTO RODITI, and GUILLERMO RODITI DOMINGUEZ the amount of one million five hundred and seventy-five thousand dollars ($1,575,000.00), jointly and severally, and from NEW RIVER INVESTMENTS INC., only, an additional five hundred and twenty-five thousand dollars ($525,000.00), for a total recovery by Plaintiffs of two million one hundred thousand dollars ($2,100,000.00) which shall include postjudgment interest at the rate of 4.83% per annum, along with costs to be determined pursuant to Civ. L.R. 54.1.

The judgment is further broken down as follows:

- For Breach of Fiduciary Duty: $1,050,000.00 against Defendants NEW RIVER INVESTMENTS INC., ALBERTO RODITI, and GUILLERMO RODITI DOMINGUEZ.

- For Breach of Contract: $525,000.00 against Defendant NEW RIVER INVESTMENTS INC.

- For Violations of Section 10(b) of the Exchange Act and Rule 10(b)(5): $525,000.00 against Defendants NEW RIVER INVESTMENTS INC., ALBERTO RODITI, and GUILLERMO RODITI DOMINGUEZ.

**IT IS SO ORDERED.**

DATE: February 20, 2024

*[Signature]*
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE