UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODITI and VENICE BEJARANO,<br><br>        Plaintiffs/ Judgment Creditors,<br><br>v.<br><br>NEW RIVER INVESTMENTS INC., ALBERTO RODITI, and GUILLERMO RODITI DOMINGUEZ,<br><br>        Defendants/Judgment Debtors. | Case No.:  20-cv-01908-RBM-MSB<br><br>**ORDER GRANTING PLAINTIFFS/JUDGMENT CREDITORS' MOTION TO VACATE DECEMBER 4, 2024 JUDGMENT DEBTOR EXAMINATION DATE**<br><br>[ECF No. 245] |

On October 18, 2024, the Court granted Plaintiffs/Judgment Creditors Manuel Roditi and Venice Bejarano's (collectively, "Judgment Creditors") Applications for Appearance and Judgment Debtor Examination of Defendants/Judgment Debtors Alberto Roditi and Guillermo Roditi Dominguez (collectively, "Judgment Debtors"). [ECF Nos. 230.] The Order further required Judgment Debtors to appear for examination to furnish information to aid in enforcement of the money judgment on December 4, 2024 at 10:00 a.m. [*Id.*]

On December 3, 2024, Judgment Creditors filed a motion to vacate and continue the examinations of Judgment Debtors based on the inability to effectuate timely personal service as mandated by California Code of Civil Procedure section 708.110. [ECF No. 245.]

For good cause appearing, the Court **GRANTS** the pending motion, ECF No. 245, and **VACATES** the December 4, 2024 judgment debtor examination date. Accordingly, Judgment Debtors are no longer required to appear on December 4, 2024.

Judgment Creditors further request the Court reset the examinations of Judgment Debtors Alberto Roditi and Guillermo Roditi Dominguez to March 15, 2025 or after. [ECF No. 245 at 2.] Counsel for Judgment Debtor Alberto Roditi submitted a request to file a motion to amend/ correct the Court's October 18, 2024 Order pursuant to Federal Rule of Civil Procedure Rule 60. The Court will hear the anticipated motion prior to resetting the examination date for Judgment Debtor Alberto Roditi. The Court will reset the examination of Judgment Debtor Guillermo Roditi Dominguez by separate order.

**IT IS SO ORDERED**.

Dated: December 3, 2024

HON. MICHELLE M. PETTIT
United States Magistrate Judge